UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

YASIR QAHTAN SAUD #A063-799-138    CASE NO.  2:25-CV-00325 SEC P

VERSUS                                                             JUDGE JAMES D. CAIN, JR.

FELIPE MARTINEZ JR ET AL                       MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims in this matter be **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim on which relief can be granted, and that the Motion for Preliminary Injunction and Motion for Temporary Restraining Order [doc. 14] be **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in chambers this 2nd day of July, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE